UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

JACKIE LEE CHERRY, JR.,

        Defendant.

_____/

No. 1:20-CR-175

Hon. Janet T. Neff
United States District Judge

## **PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, on December 14, 2020, Defendant Jackie Lee Cherry, Jr., pled guilty to Count One of the Indictment which charged him with conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1).

WHEREAS, pursuant to his guilty plea and plea agreement, Defendant has consented to the forfeiture of his interest in the following property, listed in the Forfeiture Allegation of the Indictment:

    a.    a 10 karat rose gold pendant and gold diamond cut rope chain containing a custom dollar bill pendant with the name JACK pave set with diamond stones above the dollar bill and money sign; and

    b.    a 10 karat yellow gold pendant and yellow gold hollow rope chain containing a custom continent of Africa pendant pave set with cubic zirconium stones, (hereinafter the "Subject Property");

WHEREAS, based on the guilty plea and plea agreement, this Court finds that

the Subject Property constitutes or was derived from any proceeds obtained, directly or indirectly, as a result an offense of 21 U.S.C. §§ 846 and 841(a); and

WHEREAS, this Court finds that Defendant had an interest in the Subject Property, and that the Government has established the requisite nexus between the same and the violation of 21 U.S.C. §§ 846 and 841(a).

IT IS HEREBY ORDERED that pursuant to 21 U.S.C. § 853, the Subject Property is hereby forfeited to the United States of America.

IT IS FURTHER ORDERED that the Drug Enforcement Administration and/or its designee seize the Subject Property and dispose of the same in accordance with applicable law and regulations.

IT IS FURTHER ORDERED that notice of this forfeiture shall be published in accordance with 21 U.S.C. § 853(n)(1).

IT IS FURTHER ORDERED that any third party wishing to assert an interest in the Subject Property must petition the Court in accordance with 21 U.S.C. § 853(n)(2) and (3).

IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(4)(B), this Order of Forfeiture shall become final as to Defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment.

Dated: April 13, 2021 　　　　　　　　　　　/s/ Janet T. Neff
　　　　　　　　　　　　　　　　　　　　　JANET T. NEFF
　　　　　　　　　　　　　　　　　　　　　United States District Judge